## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **CHARGE LION, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CIVIL ACTION NO: 6:12-CV-862** |
| § | |
| **TEXAS INSTRUMENTS INCORPORATED,** § | **JURY TRIAL DEMANDED** |
| § | |
| Defendant. § | |
| § | |

### DEFENDANT TEXAS INSTRUMENTS INCORPORATED'S
### NOTICE OF COMPLIANCE WITH
### LOCAL PATENT RULE 3-3 AND 3-4

It is hereby certified that Defendant Texas Instruments Incorporated served its Invalidity Contentions, pursuant to Local Patent Rule 3-3 and 3-4, on counsel of record for Plaintiff on May 6, 2013.

Respectfully submitted,

By: /s/ Amanda A. Abraham
CARL R. ROTH
cr@rothfirm.com
BRENDAN C. ROTH
br@rothfirm.com
AMANDA A. ABRAHAM
aa@rothfirm.com
THE ROTH LAW FIRM
115 Wellington, Suite 200
Marshall, Texas 75670
Phone: (903) 935-1665
Fax: (903) 935-1797

**ATTORNEYS FOR TEXAS INSTRUMENTS INCORPORATED**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 6th day of May, 2013. Any other counsel of record will be served by facsimile transmission and/or first class mail.

_Amanda A. Abraham_
Amanda A. Abraham