**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **CHARGE LION, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO: 6:12-CV-862** |
| | § | |
| **TEXAS INSTRUMENTS INCORPORATED,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |
| | § | |

---

**TEXAS INSTRUMENTS INCORPORATED'S NOTICE OF DISCLOSURES**

---

Pursuant to Local Rule 26(c) and the Court's Discovery Order (Dkt. No. 24), Defendant, Texas Instruments Incorporated hereby notifies the Court that they timely served their Initial Disclosures on counsel of record for Plaintiff via email on May 10, 2013.

Respectfully submitted,

Amanda A. Abraham

Carl R. Roth
cr@rothfirm.com
Brendan C. Roth
br@rothfirm.com
Amanda A. Abraham
aa@rothfirm.com
THE ROTH LAW FIRM, P.C.
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797

**ATTORNEYS FOR DEFENDANT TEXAS INSTRUMENTS INCORPORATED**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 10th day of May, 2013. Any other counsel of record will be served by facsimile transmission and/or first class mail.

Amanda A. Abraham

AMANDA A. ABRAHAM