**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **CHARGE LION, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO: 6:12-CV-862** |
| | § | |
| **TEXAS INSTRUMENTS INCORPORATED,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |
| | § | |

---

**TEXAS INSTRUMENTS INCORPORATED'S**
**NOTICE OF COMPLIANCE WITH P.R. 4-1**

---

Defendant, Texas Instruments Incorporated hereby notifies the Court that they served their disclosures pursuant to P.R. 4-1 and the Court's April 8, 2013 Docket Control Order (Dkt. No. 27), to all counsel of record on May 16, 2013 via electronic mail.

Respectfully submitted,

*Amanda A. Abraham*

Carl R. Roth
cr@rothfirm.com
Brendan C. Roth
br@rothfirm.com
Amanda A. Abraham
aa@rothfirm.com
THE ROTH LAW FIRM, P.C.
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797

**ATTORNEYS FOR DEFENDANT
TEXAS INSTRUMENTS
INCORPORATED**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 17th day of May, 2013.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

_____
AMANDA A. ABRAHAM