**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CHARGE LION, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **TEXAS INSTRUMENTS INCORPORATED,** <br><br> Defendants. | **CIVIL ACTION NO. 6:12-cv-00862** <br><br> **JURY TRIAL DEMANDED** |

### ORDER OF DISMISSAL OF TEXAS INSTRUMENTS INCORPORATED

In light of the Stipulation of Dismissal filed by Plaintiff Charge Lion, LLC ("Charge Lion") and Defendant Texas Instruments Incorporated ("TI"), the Court HEREBY ORDERS as follows:

1. Charge Lion's claims against TI are hereby dismissed with prejudice.

2. TI's claims against Charge Lion are hereby dismissed with prejudice.

3. Charge Lion and TI shall each bear their own attorney fees and costs incurred in connection with this action.

So ORDERED and SIGNED this 10th day of October, 2013.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE