UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHARGE LION, LLC, <br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS INCORPORATED, <br> Defendant. | § § § § § § § § § § | Civil Action No. 6:12-cv-862-LED-JDL <br><br> JURY TRIAL DEMANDED |

## FINAL JUDGMENT

Pursuant to the Stipulation of Dismissal of Texas Instruments Incorporated (Doc. No. 36) filed by Plaintiff Charge Lion, LLC, the Court hereby enters Final Judgment.

IT IS ORDERED, ADJUDGED and DECREED that the parties take nothing and that all pending motions are DENIED AS MOOT. All costs are to be borne by the party that incurred them.

It is further ORDERED, ADJUDGED and DECREED that Plaintiff's claims are DISMISSED with prejudice in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 10th day of October, 2013.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE